UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA and
THE STATE OF WISCONSIN
*ex. rel.* RELATOR DOE,

        Plaintiffs,

    v.

WALGREEN CO.,

        Defendant.

FILED UNDER SEAL
Civil Action No. 14-C-1000

---

## STIPULATION FOR DISMISSAL AND
## REQUEST TO PARTIALLY LIFT THE SEAL

---

The United States of America, the State of Wisconsin, and Relator Doe (collectively "Plaintiffs") hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the Complaint in this case should be dismissed. The United States further requests pursuant to the False Claims Act, 31 U.S.C. §3730(b)(2), that the seal be partially lifted in this matter.

The Complaint asserts six counts on behalf the United States and the State of Wisconsin, namely, three counts under the federal False Claims Act and three counts under state law. Plaintiffs have entered into a Settlement Agreement with Walgreen Co. that provides for the dismissal of all counts of the Complaint. *See* Exhibit A, Settlement Agreement. As provided by paragraph 21 of the Settlement Agreement, dismissal shall be without prejudice to any claims of the United States or the State of Wisconsin that fall outside the Covered Conduct as defined by the Settlement Agreement.

The United States further requests a partial lifting of the seal so that (1) the Complaint, (2) the United States' Notice of Election to Intervene, (3) this stipulation and request, and (4) any

resulting order(s) from this request may be publically disclosed. Except for those documents, the United States requests that all other pleadings (including, but not limited to, all requests for extensions and any memoranda in support thereof) remain under seal and not be made public or served upon the defendants. The government provided those filings by law to the Court alone to discuss the content and extent of the United States' investigation for the sole purpose of permitting the Court to evaluate whether the seal and time for making an election to intervene should be extended. Therefore, the United States requests that the seal be maintained on all other pleadings filed in this case.

      A proposed order accompanies this request and is being filed herewith for the Court's convenience.

## THE UNITED STATES OF AMERICA

MATTHEW D. KRUEGER
United States Attorney

Dated: January 14, 2019         /s Michael A. Carter
                                MICHAEL A. CARTER
                                Assistant United States Attorney
                                State Bar # 1090041
                                United States Attorney's Office
                                Eastern District of Wisconsin
                                517 E. Wisconsin Avenue, Rm. 530
                                Milwaukee, WI  53202
                                Telephone: (414) 297-1700
                                Fax: (414) 297-4394
                                Email: michael.a.carter@usdoj.gov

**STATE OF WISCONSIN**

Dated: January 14, 2019

JOSH KAUL
Wisconsin Attorney General

/s Katie M. Wilson
KATIE M. WILSON
Assistant Attorney General
State Bar #1074344
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: (608) 261-8116
Fax: (608) 261-7991
Email: wilsonkm@doj.state.wi.us

**RELATOR**

Dated:  December 12, 2018          /s David Williams
                                   DAVID WILLIAMS
                                   Kline & Spector PC
                                   1525 Locust Street
                                   Philadelphia, PA 19102
                                   215-772-1000
                                   Fax: 215-772-1359
                                   david.williams@KlineSpecter.com